| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | LAW OFFICES OF LYNN HUBBARD |
| | 12 WILLIAMSBURG LANE |
| 3 | CHICO, CALIFORNIA 95926 |
| | Telephone: (530) 895-3252 |
| 4 | Facsimile: (530) 894-8244 |
| | E-Mail: esdceast@hubslaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff Lary Feezor |

G. MICHAEL BROWN, SBN: 085997
SHIREEN B. ROGERS, SBN: 163507
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626
Telephone: (714) 668-2424
Facsimile: (714) 668-2490
E-mail: m.browb@mpglaw.com
s.rogers@mpglaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:08-CV-00972 FCD KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| BIG 5 CORP. dba BIG 5 SPORTING GOODS #93; PATRICK J. KIRRANE; MARGARET KIRRANE, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, BIG 5 CORP. dba BIG 5 SPORTING GOODS #93; PATRICK J. KIRRANE; MARGARET KIRRANE, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 12, 2010                    DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 12, 2010                    MUSICK, PEELER & GARRETT LLP

*/s/ Shireen B. Rogers*
G. MICHAEL BROWN
SHIREEN B. ROGERS
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:08-CV-00972-FDC-KJM, is hereby dismissed with prejudice.

Dated: March 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE